910

No. 880. KENNEDY, TREASURER OF ARIZONA, ET AL. *v.* POWELL, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Darrell F. Smith,* Attorney General of Arizona, and *John V. Riggs,* Assistant Attorney General, for petitioners Kennedy et al. *Louise C. W. Powell,* respondent, *pro se.* Briefs *amicus curiae,* in support of the petition, were filed by: *Boston E. Witt,* Attorney General, and *George Richard Schmitt,* Assistant Attorney General, for the State of New Mexico; *Forrest H. Anderson,* Attorney General, and *Donald D. MacPherson,* Special Assistant Attorney General, for the State of Montana; *William B. Saxbe,* Attorney General, and *Charles S. Lopeman,* Chief Counsel, for the State of Ohio; *Earl Faircloth,* Attorney General, and *T. T. Turnbull* and *Larry Levy,* Assistant Attorneys General, for the State of Florida; and *John J. O'Connell,* Attorney General, and *Edward B. Mackie,* Assistant Attorney General, for the State of Washington. A brief *amicus curiae,* in support of the petition, was filed by the Attorneys General for their respective States as follows: *Richmond M. Flowers* of Alabama, *Bruce Bennett* of Arkansas, *Thomas C. Lynch* of California, *David P. Buckson* of Delaware, *Bert. T. Kobayashi* of Hawaii, *Allan G. Shepard* of Idaho, *Jack P. F. Gremillion* of Louisiana, *James S. Erwin* of Maine, *Francis Burch* of Maryland, *Frank J. Kelley* of Michigan, *Harvey Dickerson* of Nevada, *Thomas Wade Bruton* of North Carolina, *Helgi Johanneson* of North Dakota, *Charles Nesbitt* of Oklahoma, *Edward Friedman* of Pennsylvania, *Daniel R. McLeod* of South Carolina, *Frank L. Farrar* of South Dakota, *George F. McCanless* of Tennessee, *Phil L. Hansen* of Utah, *Robert Y. Button* of Virginia and *John F. Raper* of Wyoming.

No. 889. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.